IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STONE & WEBSTER, INC.　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

　　v.　　　　　　　　　　　　　　　: Civil Action No. DKC 11-0131

　　　　　　　　　　　　　　　　　　:

MIRANT MID-ATLANTIC, LLC　　　　　:

　　　　　　　　　　　　　　　　　　:

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of March, 2011, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff Stone & Webster's petition for an interlocutory lien (ECF No. 1) BE, and the same hereby IS, GRANTED;

2. An interlocutory lien BE, and the same hereby IS, ESTABLISHED in favor of Stone & Webster, Inc. against the power generating station known as the Dickerson Plant, located at 21200 Martinsburg Road, Dickerson MD 20842, consisting of units D1, D2, and D3, and the improvements thereon, in the amount of $46,842,428.87;

3. Defendant Mirant Mid-Atlantic, LLC may post a bond in the amount of $46,842,428.87 to have the lien released;

4. Defendants' motion to stay (ECF No. 6) BE, and the same hereby IS, GRANTED;

5.     These proceedings BE, and the same hereby ARE, STAYED pending resolution of ongoing proceedings between the parties in the United States District Court for the Southern District of New York;

6.     The Clerk shall ADMINISTRATIVELY CLOSE this case;

7.     At such time as either party may have a basis for reviving the present suit that is consistent with the foregoing Memorandum Opinion, it may request that the case be reopened by filing a motion with the court, and the opposing party shall have the opportunity to file an appropriate response in due course thereafter; and

8.     The Clerk will transmit copies of the foregoing Memorandum Opinion and this Order to counsel for both parties.

            /s/

DEBORAH K. CHASANOW
United States District Judge
